IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HENRY SASSER, | |
| Plaintiff | NO. 5:07-CV-399 (CAR) |
| VS. | |
| Warden ALEXIS CHASE, *et al.*, | |
| Defendants | |

## RECOMMENDATION ON MOTION FOR INJUNCTIVE RELIEF

Before the court is plaintiff HENRY SASSER's **MOTION FOR "EMERGENCY INJUNCTIVE RELIEF" (Tab # 8)**. In this motion, plaintiff asks this Court to order the MSP defendants to provide plaintiff with tires for his personal wheelchair and a "pressure relief air mattress." "A district court may grant injunctive relief only if the moving party shows that: (1) it has a substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest." ***Siegel v. LePore***, 234 F.3d 1163, 1176 (11th Cir. 2000) (citations omitted). The movant must carry his burden as to each of the four prerequisites. ***Id.*** At this juncture, the facts have not been sufficiently developed to determine there is a substantial likelihood that plaintiff will ultimately prevail on the merits. Moreover, the defendants have not had an opportunity to respond to plaintiff's allegations.

Accordingly, IT IS RECOMMENDED that plaintiff's motion for emergency injunctive relief be **DENIED**. Pursuant to 28 U.S.C. §636(b)(1), plaintiff may file written objections to this RECOMMENDATION with the Clerk of court directed to the district judge assigned to this case, **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 22nd day of JANUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE