# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| HENRY SASSER, | : | |
| Plaintiff, | : | Case No.: 5:07-cv-399 (CAR) |
| v. | : | |
| WARDEN ALEXIS CHASE et al., | : | |
| Defendants. | : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION*

Before the Court are the United States Magistrate Judge's Order and Recommendation [Doc. 11] to transfer certain claims to the Southern District of Georgia and dismiss Plaintiff's claims against Defendants Calvin Brown and John Iron pursuant to 28 U.S.C. § 1915(e)(2); and the Magistrate Judge's Recommendation [Doc. 13] to deny Plaintiff's Motion for Emergency Injunctive Relief. Plaintiff has filed Objections to both Recommendations in which he objects to the following: (1) the transfer of certain claims to the Southern District of Georgia; (2) the dismissal of Defendants Calvin Brown and John Iron; and (3) the denial of his Motion for Injunctive Relief. The Court will address each of Plaintiff's objections in turn.

<u>Transfer of Claims to the Southern District of Georgia</u>

In his Recommendation, the Magistrate Judge recommends transferring Plaintiff's claims arising out of the alleged unlawful conditions and medical treatment at Johnson State Prison ("JSP) and Augusta State Medical Prison ("ASMP") to the Southern District of Georgia as that is the location of the prisons and where the related defendants are employed. Plaintiff makes a blanket objection to the transfer of these claims. This Court agrees with the Magistrate Judge that these claims appear to be wholly independent from Plaintiff's claims relating to his

incarceration at Men's State Prison ("MSP") which are properly before this Court and, thus, do not involve the "same transaction or occurrence." Therefore, it is not proper to join the defendants at the various prisons in a single action. Because JSP and ASMP are located, and the related defendants are employed, in the Southern District of Georgia, and because Plaintiff might face a statute of limitations problem should he be required to re-file his claims against the JSP defendants in the proper venue, this Court agrees that the transfer of Plaintiff's claims would be in the interest of justice. Thus, the Magistrate Judge's Recommendation to transfer all claims relating to JSP and ASMP to the Southern District of Georgia is **ADOPTED**.

Dismissal of Calvin Brown and John Iron

The Magistrate Judge also recommends dismissing Defendants Calvin Brown and John Iron because Plaintiff makes no mention of either Brown or Iron in the body of his Complaint. In his Objection, Plaintiff essentially moves to amend his Complaint to add certain claims against them. Specifically, Plaintiff states that Brown and Iron are the individuals responsible for all disabled and medical transfer, treatment, and housing of paraplegic inmates. Plaintiff alleges that both Brown and Iron were aware that all three facilities failed to provide adequate care for wheelchair bound inmates, like Plaintiff, but failed to take any corrective action. Construing this portion of Plaintiff's Objection as a Motion to Amend his Complaint, the Court **GRANTS** such Motion as it relates to Plaintiff's claims involving MSP. For Plaintiff to raise claims against Brown and Iron relating to JSP and ASMP, he must file a motion to amend complaint in the Southern District of Georgia. Thus, the Magistrate Judge's Recommendation to dismiss Defendants Brown and Iron is **REJECTED**.

Denial of Motion for Injunctive Relief

Finally, Plaintiff objects to the Magistrate Judge's denial of his Motion for Injunctive Relief wherein Plaintiff asks the Court to order the MSP Defendants to provide Plaintiff with tires for his personal wheelchair and a "pressure relief air mattress." Despite Plaintiff's contentions to the contrary, the Court finds that the facts remain to be insufficiently developed to determine that there is a substantial likelihood that Plaintiff will ultimately prevail on the merits. Thus, the Court **ADOPTS** the Recommendation that this Motion be denied.

## CONCLUSION

For the reasons explained above, the Recommendation [Doc. 11] to transfer certain claims to the Southern District of Georgia and dismiss Plaintiff's claims against Defendants Calvin Brown and John Iron pursuant to 28 U.S.C. § 1915(e)(2) is **HEREBY ADOPTED in part and REJECTED in part**, and the Recommendation [Doc. 13] to deny Plaintiff's Motion for Emergency Injunctive Relief is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 23rd day of June, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH/scs