IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **HENRY SASSER,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:07-cv-399 (CAR) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN ALEXIS CHASE et al.,** | : | |
| | : | |
| Defendants. | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 39] to grant Defendants' Motions to Dismiss [Docs. 23 and 34] and dismiss Plaintiff's claims. Plaintiff has filed an Objection [Doc. 40] to the Recommendation in which he objects to the proposed dismissal of the claims against Dr. Burnside and Mr. Ramsey. Having considered Plaintiff's objections and having investigated the matters *de novo*, this Court agrees with the conclusions and findings of the United States Magistrate Judge that this case should be dismissed. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

In the Recommendation, United States Magistrate Judge Claude Hicks recommends that Plaintiff's claims should be dismissed for the following reasons: (1) Certain claims should be dismissed pursuant to the PLRA's exhaustion requirement; (2) The claim against Defendant Ramsey should be dismissed because it is solely based on a theory of respondeat superior; (3) Plaintiff's properly exhausted claims against Dr. Burnside should be dismissed for failure to state a claim upon which relief may be granted; (4) Plaintiff's claims against Defendants Iron and Brown should be dismissed for failure to state a claim; and (5) Plaintiff's claims based on the

Americans with Disabilities Act and the Rehabilitation Act should also be dismissed for failure to state a claim.  Plaintiff only objects to the dismissal of the properly exhausted claims against Dr. Burnside and Mr. Ramsey.  Plaintiff's objections center around his contention that his present medical condition is conclusive evidence of deliberate indifference by, at the very least, Defendant Burnside and Nurse Ford.  However, his properly exhausted allegations against both Dr. Burnside and Nurse Ford are not sufficient to state a case of deliberate indifference.  As such, Plaintiff's arguments are without merit.

Plaintiff also appears to object that Nurse Ford has not been added as a Defendant in this case, stating that in his Response to Defendants' Motion to Dismiss, he asked this Court to add Nurse Ford as a Defendant in this case.  Even if this Court were to construe that portion of Plaintiff's Response as a Motion to Amend Complaint to add Nurse Ford, and then grant such motion, it would be futile as the claims against Nurse Ford would be dismissed for failure to state a claim.  The only allegations Plaintiff makes against Nurse Ford are that she did not have authority to make decisions and took Plaintiff's supplies.  Such allegations cannot sustain a constitutional claim.

## CONCLUSION

For the reasons explained above, the Recommendation [Doc. 39] to is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 25th day of September, 2008.

                                                S/ C. Ashley Royal  
                                                C. ASHLEY ROYAL  
                                                UNITED STATES DISTRICT JUDGE

SSH/scs